IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANELLE NOSAL and MICHAEL NOSAL, | ) | CASE NO. 4:09-cv-03250-RGK-CRZ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVOL, INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Stipulation to Stay Proceedings Pending Transfer to the Multidistrict Litigation. Filing No. 5. The Court finds that the stipulation is supported by good cause.

IT IS HEREBY ORDERED that the Stipulation to Stay Proceedings Pending Transfer to the Multidistrict Litigation shall be granted.

Dated this 12th day of February 2010.

BY THE COURT

s/ *Cheryl R. Zwart*
United States Magistrate Judge